JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZEFFREY PETER ZAMORA, | Case No.: 2:22-cv-05785-DSF-MAA |
| Plaintiff, | **ORDER** |
| v. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | |
| Defendant. | |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant First Advantage Background Services Corp., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Defendant First Advantage Background Services Corp.

IT IS SO ORDERED.

DATED: February 14, 2023

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE